UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF WEST VIRGINIA
AT CHARLESTON

**WOODROW GILLISPIE and**
**VICKI GILLISPIE,**

                 **Plaintiffs,**

**v.**                                                        **CASE NO. 2:17-cv-04393**

**ERIE INSURANCE COMPANY,**

                 **Defendant.**

### AMENDED NOTICE OF MEDIATION

You are hereby notified that MEDIATION will take place on Thursday, March 1, 2018 at 11:00 a.m., at the law firm of Shaffer & Shaffer, PLLC located at 2116 Kanawha Boulevard East, Charleston, West Virginia with mediator Charlie Piccirillo.

                                            **ERIE INSURANCE PROPERTY &**
                                            **CASUALTY COMPANY**
                                            **BY COUNSEL**

      /s/ Matthew J. Perry
Matthew J. Perry, Esquire WVSB 8589
**LAMP BARTRAM LEVY**
**TRAUTWEIN & PERRY, PLLC**

*Physical Address:*
720 Fourth Avenue
Huntington, WV 25701

*Mailing Address:*
Post Office Box 2488
Huntington, WV 25725-2488

(304) 523-5400
(304) 523-5409
mperry@lbltplaw.com

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF WEST VIRGINIA
### AT CHARLESTON

**WOODROW GILLISPIE and**
**VICKI GILLISPIE,**

        **Plaintiffs,**

**v.**        **CASE NO. 2:17-cv-04393**

**ERIE INSURANCE COMPANY,**

        **Defendant.**

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing AMENDED NOTICE OF MEDIATION was served this 31st day of January, 2018 upon the following via the Court's electronic case filing / case management system:

        Jeffrey S. Simpkins, Esquire
        SIMPKINS LAW
        102 E. 2nd Avenue
        Williamson, WV 25661

        /s/ Matthew J. Perry