UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF WEST VIRGINIA
AT CHARLESTON

WOODROW GILLISPIE and
VICKI GILLISPIE,

        Plaintiffs,

v.                                    CASE NO. 2:17-cv-04393

ERIE INSURANCE COMPANY,

        Defendant.

## FINAL DISMISSAL ORDER

On this day come the parties, by counsel, and jointly request the Court for the entry of this Order dismissing this case with prejudice.

It is, therefore, ORDERED that this case, shall be and hereby is, DISMISSED, with prejudice.

Upon entry of this order, the Circuit Clerk is directed to forward a certified copy of same to all counsel of record as listed below.

ENTERED this _21_ day of _March_, 2018.

_____
Judge Goodwin

Approved by:

/s/ Matthew J. Perry
Matthew J. Perry, Esquire WVSB 8589
**LAMP BARTRAM LEVY TRAUTWEIN & PERRY, PLLC**

*Physical Address:*
720 Fourth Avenue
Huntington, WV 25701

*Mailing Address:*
Post Office Box 2488
Huntington, WV 25725-2488

(304) 523-5400
(304) 523-5409
mperry@lbltplaw.com


/s/ Jeffrey S. Simpkins
Jeffrey S. Simpkins, Esquire WVSB 9806
SIMPKINS LAW
102 E. 2nd Avenue
Williamson, WV 25661
304.235.2735
simpkinslawoffice@gmail.com